# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARCHWAY COOKIES, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | CHAPTER 7<br><br>Case No. 08-12323 (CSS)<br>(Jointly Administered) |
| JEFFREY AUSTEN on behalf of himself and all others similarly situated,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARCHWAY COOKIES, LLC and MOTHER'S CAKE & COOKIE CO.,<br>　　　　　　　　　　　Defendants. | Adv. Proc. No. 08-51530 (CSS)<br><br>**Hearing Date: December 16, 2015 at 1:15 p.m. ET**<br>**Objection Deadline: December 9, 2015 at 4:00 p.m. ET**<br><br>**Re:  Docket No. 87** |

## NOTICE OF HEARING

　　　PLEASE TAKE NOTICE that the above-captioned plaintiff, for himself and a certified class ("Movant") has filed his *Unopposed Motion to Approve Payment of Unclaimed Residual Funds to the Clerk of the Court* (D.I. 87, the "Motion"), which seeks the following relief: authority to pay certain unclaimed funds into the registry of the Court.  You were previously served with the Motion.

　　　PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed on or before **DECEMBER 9, 2015 AT 4:00 P.M. ET** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the undersigned counsel to Movant so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 16, 2015 AT 1:15 P.M. ET** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 20, 2015

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com\

- and -

René S. Roupinian
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000

*Counsel for the Plaintiff and the Certified Class*