THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 1:08-51530 |
| Archway Cookies, LLC, et al | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Trevor D. Maynard, claimant, hereby petitions the Court for $562.39, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Trevor D. Maynard, creditor. A dividend check in the amount totaling $562.39 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Trevor D. Maynard. Trevor D. Maynard's current address is listed below.

The creditor's current mailing address, phone and social security/tax identification number are:

Trevor D. Maynard
334 Lee Ln
Mansfield, OH 44905
(419) 961-8134
Last four digits of SSN/TIN: xxx-xx-0793

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of, $562.39 made payable to Trevor D. Maynard c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: January 18, 2016          Respectfully Submitted: _____
                                 Brian J. Dilks, Managing Member
                                 Dilks & Knopik, LLC, Attorney in Fact for
                                 Trevor D. Maynard
                                 35308 SE Center St
                                 Snoqualmie, WA 98065-9216
                                 (425) 836-5728

On  1/18/16  before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]          Andrew T. Drake, Notary Public
                for the State of Washington, County of King
                My Commission Expires: September 9, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Archway Cookies LLC, et al

Debtor(s)

Case: 08-12323 (CSS)

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

**USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE**

1. **Trevor D. Maynard** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$562.39** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____          11 - 9 , 20 15
Trevor D. Maynard                                                Date

Tax ID: XXX-XX-0703

**ACKNOWLEDGMENT**

STATE OF Ohio )          COUNTY OF Richland )

On this 9th day of Nov., 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared **Trevor D. Maynard** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Terry Strohminger
Residing at Mansfield, Ohio
My Commission expires 1-11-16

TERRY L. STROHMINGER
NOTARY PUBLIC
STATE OF OHIO
My Commission Expires
Jan. 11, 2016



Visible text on ID card: "...RD", "...LAND RD L...71", "...ELD, OH 44...", "...02-2...", "15 Sex: M  16 Ht. 5-11", "18 Eyes: BRO"

PHOTO I.D. &
Address Proof

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARCHWAY COOKIES LLC, et al.,<br><br>　　　　Debtors.<br>―――――――――――――――――<br>JEFFREY AUSTEN on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>ARCHWAY COOKIES LLC, MOTHER'S CAKE & COOKIE CO., CATTERTON PARTNERS V, L.P., CATTERTON PARTNERS V OFFSHORE, L.P., CATTERTON COINVEST I, LLC, and INSIGHT HOLDINGS,<br><br>　　　　Defendants. | Chapter 7<br>Case No. 08-12323 (CSS)<br>Jointly Administered<br><br>Adv. Pro. No. 08-51530 (CSS) |

## ORDER GRANTING UNOPPOSED MOTION TO APPROVE PAYMENT OF UNCLAIMED RESIDUAL FUNDS TO THE CLERK OF THE COURT

Upon the filing and consideration of the Unopposed Motion to Approve Payment of Unclaimed Residual Funds to the Clerk of the Court (the "Motion"), together with the declaration of Class Counsel, and the exhibits to the Motion, the Court rules as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT within 30 days following entry of this Order, Class Counsel shall cause a check in the amount of the unclaimed residual funds to be made payable to the Clerk of the Delaware Bankruptcy Court and submitted together with a list of class members who have not claimed their settlement checks (substantially in the form as Exhibit B to the Motion), to the Clerk of the Bankruptcy Court for the District of Delaware, along with a copy of this Order.

Dated: _____12/14_____, 2015    _____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

Contact the BNC at 1-800-262-5055 if a label format in PDF is needed.

Case Number: 08-12323-CSS

08-12323-CSS|Alan Kerber | |||||undeliverable
08-12323-CSS|Alter Asset Management, L.L.C. | |||||undeliverable
08-12323-CSS|American Express Travel Related Svcs Co Inc |c/o Becket and Lee LLP|POB 3001|Malvern, PA 19355-0701 |||
08-12323-CSS|American International Foods, Inc. |5940 Tahoe Drive SE|Suite 110|Grand Rapids, MI 49546-7121|||
08-12323-CSS|Archway Cookies, LLC |67 West Michigan Avenue|Suite 200|Battle Creek, MI 49017-3605|||
08-12323-CSS|Ashland Area Chamber of Commerce | |||||undeliverable
08-12323-CSS|Automotive Industries Pension Plan | |||||undeliverable
08-12323-CSS|B & K Distributing | |||||undeliverable
08-12323-CSS|BDO Seidman, LLP | |||||undeliverable
08-12323-CSS|BDO USA, LLP |Laurence W. Goldberg|4135 Mendenhall Oaks Parkway|Suite 140|High Point, NC 27265-8051||
08-12323-CSS|Brynwood Partners VI L.P. | |||||undeliverable
08-12323-CSS|California Department of Public Health | |||||undeliverable
08-12323-CSS|Canon Financial Services, Inc. | |||||undeliverable
08-12323-CSS|Catterton Coinvest I, LLC | |||||undeliverable
08-12323-CSS|Catterton Partners V Offshore, LP | |||||undeliverable
08-12323-CSS|Catterton Partners V, LP | |||||undeliverable
08-12323-CSS|Central States Southeast and Southwest Areas|9377 W. Higgins Rd.|Rosemont, IL 60018-4938||||
08-12323-CSS|Certain Independent Distributors | |||||undeliverable
08-12323-CSS|Chooljian Bros. Packing Co., Inc. |3192 South Indianola Avenue|Sanger, CA 93657-9716||||
08-12323-CSS|Citibank, N.A. |701 East 60th Street North|SIOUX FALLS, SD 57104-0493||||
08-12323-CSS|CITIBANK|PO BOX 790034|ST LOUIS MO 63179-0034|||preferred
08-12323-CSS|City of Sacramento, County of Sacramento, St| |||||undeliverable
08-12323-CSS|Cole Schotz P.C. | |||||undeliverable
08-12323-CSS|Consolidated Biscuit Co. |||||undeliverable
08-12323-CSS|Cooch and Taylor, P.A. |1000 West Street|10th floor|Wilmington, DE 19801-1059|||
08-12323-CSS|County of Tulare, California | |||||undeliverable
08-12323-CSS|Cover & Rossiter, PA | |||||undeliverable
08-12323-CSS|Cozen O'Connor | |||||undeliverable
08-12323-CSS|DPI Mid-Atlantic, Inc. | |||||undeliverable
08-12323-CSS|Danone North America | |||||undeliverable
08-12323-CSS|Davis Cookie Company | |||||undeliverable
08-12323-CSS|Duane Morris LLP |1100 North Market Street, Suite 1200|Wilmington, DE 19801-1246 U.S.A.||||
08-12323-CSS|Eastern-Western Corporation | |||||undeliverable
08-12323-CSS|Ellison Bakery, Inc. and Cookies, Inc. | |||||undeliverable
08-12323-CSS|Ernst & Young LLP | |||||undeliverable
08-12323-CSS|Fernando Reissinger, et. al. | |||||undeliverable
08-12323-CSS|First Industrial L.P. | |||||undeliverable
08-12323-CSS|First Industrial Realty Trust, Inc. | |||||undeliverable
08-12323-CSS|First Industrial, L.P. | |||||duplicate
08-12323-CSS|General Electric Capital Corporation | |||||undeliverable
08-12323-CSS|Georgia-Pacific Corrugated, LLC | |||||undeliverable
08-12323-CSS|Get Set Merchandising, Inc. | |||||undeliverable
08-12323-CSS|Grain Millers, Inc. |9531 West 78th Street|Cabriole Center, Suite 230|Eden Prairie, MN 55344-8006|||
08-12323-CSS|Harris County | |||||undeliverable
08-12323-CSS|Harry Davis & Company | |||||undeliverable
08-12323-CSS|Health Care Service Corporation d/b/a Blue C| |||||undeliverable
08-12323-CSS|IBM Corporation |Two Lincoln Centre|Oakbrook Terrace, Il 60181-4837||||

08-12323-CSS|TREE TOP INC |PO BOX 75707|CHICAGO, IL 60675-5707| |||
08-12323-CSS|TREGO TOLEDO SERVICES L L C |PO BOX 546|WALBRIDGE, OH 43465-0546| |||
08-12323-CSS|TRENDS |3111 EDISON HWY|BAKERSFIELD, CA 93307-2230| |||
08-12323-CSS|TREPANIER VERITY BARRISTERS & |SOLICITORS|PO BOX 114 63 CHARLOTTE ST|BRANTFORD, ON N3T 5M3|CANADA| |
08-12323-CSS|TRESIERRAS BROTHERS CORP |PO BOX 9202|SYLMAR, CA 91392-9202| |||
08-12323-CSS|TREVOR D MAYNARD |2075 ASHLAND RD #31|MANSFIELD, OH 44905-1785| |||
08-12323-CSS|TREY WHITFIELD FOUNDATION INC|PO BOX 80252|BROOKLYN NY  11208-0252|USPS change
08-12323-CSS|TRI CANADA |7033 TELFORD WAY UNIT 20|MISSISSAUGA, ON L5S 1V4|CANADA| ||
08-12323-CSS|TRI CHEM CORPORATION |PO BOX 71550|MADISON HEIGHTS, MI 48071-0550| |||
08-12323-CSS|TRI CITY BUSINESS |PRODUCTS A PITNEY BOWES|PO BOX 1315|SALT LAKE CITY, UT 84110-1315| ||
08-12323-CSS|TRI CITY DISTRIBUTOR INC |BARRY SPENCER|P O BOX 1811|MONTROSE, CO 81402-1811| ||
08-12323-CSS|TRI CITY GLASS |22232 S AVALON BLVD|CARSON, CA 90745-3311| |||
08-12323-CSS|TRI CITY INDUSTRIAL POWER |PO BOX 576|WEST CARROLLTON, OH 45449| |||
08-12323-CSS|TRI CITY PACKAGING LTD |515 DOTZERT COURT|UNIT 7|WATERLOO, ON N2L 6A7|CANADA| |
08-12323-CSS|TRI CITY PACKAGING LTD |515 DOTZERT COURT|WATERLOO, ON N2L 6A7|CANADA| ||
08-12323-CSS|TRI COR INNOVATIVE |564 RT 15|SPARTA, NJ 07871-4412| |||
08-12323-CSS|TRI COUNTY LOCKSMITHS |C O BOOKKEEPING SERVICES|2502 HILLROSE PLACE|OXNARD, CA 93036-1573| ||
08-12323-CSS|TRI HEALTH |PO BOX 630185|CINCINNATI, OH 45263-0185| |||
08-12323-CSS|TRI LAKES PETRO |PO BOX 7500|BRANSON, MO 65615-7500| |||
08-12323-CSS|TRI LINE AUTOMATION CORP |250 SUMMIT POINT DR|HENRIETTA, NY 14467-9607| |||
08-12323-CSS|TRI MACH |LIMITED|315 BREITHAUPT|KITCHENER, ON N2H 5H6|CANADA| |
08-12323-CSS|TRI PACIFIC HEATING |PO BOX 95000 2360|PHILADELPHIA, PA 19195-2360| |||
08-12323-CSS|TRI POWER MPT INC |PO BOX 714493|COLUMBUS, OH 43271-4493| |||
08-12323-CSS|TRI STAR DISTRIBUTING |LARRY RANNALS|640 E 57TH PLACE|ANCHORAGE, AK 99518-1305| ||
08-12323-CSS|TRI STATE PALLET LOGISTICS |PO BOX 7055|DEFIANCE, OH 43512-7055| |||
08-12323-CSS|TRI TOWN FOODS |PO BOX 360|COLCHESTER, CT 06415-0360| |||
08-12323-CSS|TRIANGLE GROCERY |12165 N HWY 14|CEDAR CREST, NM 87008-9461| |||
08-12323-CSS|TRIANGLE PACKAGE |6126 EAGLE WAY|CHICAGO, IL 60678-1061| |||
08-12323-CSS|TRIANGLE PACKAGE MACHINERY CO |DEPT 77 6126|CHICAGO, IL 60678-6126| |||
08-12323-CSS|TRIANGLE PKG MACHINERY CO |6126 EAGLE WAY|CHICAGO, IL 60678-1061| |||
08-12323-CSS|TRIANGLE SALES COMPANY |PO BOX 279|MT JULIET, TN 37122| |||
08-12323-CSS|TRIBOS TECHNOLOGIES |37826 SKYRIDGE CIRCLE|DADE CITY, FL 33525-0836| |||
08-12323-CSS|TRICIA M TAYLOR |1229 S OCEAN BLVD NO 44|POMPANO BEACH, FL 33062-6629| |||
08-12323-CSS|TRICIA RAMBHAWAN |15 3740 COPENHAGEN RD|MISSISSAUGA, ON L5N 2S5|CANADA| ||
08-12323-CSS|TRIDENT FREIGHT LOGISTICS INC |8716 149TH ST|SURREY, BC V3S 7J4|CANADA| ||
08-12323-CSS|TRILLIUM PRINTING |130 HIGHLAND RD E|KITCHENER, ON N2M 3V9|CANADA| ||
08-12323-CSS|TRILLIUM STAFFING |DRAWER 641513|DETROIT, MI 48264-1513| |||
08-12323-CSS|TRINICOMP SYSTEMS INC |2 CENTENNIAL DR 6D|PEABODY, MA 01960-7919| |||
08-12323-CSS|TRINITY CAPITAL CORP |PO BOX 1350|SUISUN CITY, CA 94585-4350| |||
08-12323-CSS|TRINITY LOGISTIC |PO BOX 145|WENTZVILLE, MO 63385-0145| |||
08-12323-CSS|TRIO DRAYAGE |6810 PRESCOTT AVE|ST LOUIS, MO 63147-2706| |||
08-12323-CSS|TRIPAR TRANSPORTATION INC |2180 BUCKINGHAM RD|OAKVILLE, ON L6H 6H1|CANADA| ||
08-12323-CSS|TRIPLE B FORWARDERS |2992 N ALVARADO ST|SAN LEANDRO, CA 94577-5734| |||
08-12323-CSS|TRIPLE C DISTRIBUTORS |PO BOX 152348|ARLINGTON, TX 76015-8348| |||
08-12323-CSS|TRISAND TRUCK SHOP |460 N DANEBO AVE SUITE 400|EUGENE, OR 97402-9402| |||
08-12323-CSS|TRISHA L TSCHANTZ |921 DRESDEN DR|MANSFIELD, OH 44905-1525| |||
08-12323-CSS|TRISHA N BREITINGER |2244 ALTA WEST RD|MANSFIELD, OH 44903-9146| |||