# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                              **Chapter:** 7

Archway Cookies, LLC
67 West Michigan Avenue
Suite 200
Battle Creek, MI 49017

  **EIN:** 52–2134891                          **Case No.:** 08–12323–CSS


## NOTICE OF HEARING

    Ronald D. Ward has filed a Motion for Release of Unclaimed Funds.

    A hearing regarding this motion is scheduled for 2/17/16 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 2/10/16 .


David D. Bird, Clerk of Court


Date: 1/29/16


(VAN–455)