# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ARCHWAY COOKIES, LLC, et al., ) | |
| ) | Case No. 08-12323 (CSS) |
| Debtors. ) | |
| ) | (Substantively Consolidated) |
| ) | |

## REVISED ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $252.39 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Ordered this __7th__ day of __Sept.__, 20__16__.