# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Archway Cookies, LLC | |
| 67 West Michigan Avenue | |
| Suite 200 | |
| Battle Creek, MI 49017 | |
| **EIN:** 52−2134891 | **Case No.:** 08−12323−CSS |

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Chapter 7 Trustee is hereby discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

This case is hereby closed.

_____
Christopher S. Sontchi
Bankruptcy Judge

Dated: 4/30/19

(VAN−467a)